Entered: January 26th, 2017
Signed: January 25th, 2017

**SO ORDERED**



### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   **Case No.: 17–10111 – WIL    Chapter: 7**

**Natieya Davis**
**Debtor(s)**

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED
## FOR FAILURE TO PAY FILING FEE AND OPPORTUNITY FOR HEARING

Installments of filing fees that are due in accordance with an Order of this Court are unpaid and overdue, as follows:

| Due Date | Amount |
|---|---|
| 1/20/2017 | balance of initial installment {$22.75} |

It is therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Debtor(s) show cause, if there is any, within fourteen (14) days after the date of entry of this Order, in a writing filed with the Clerk of the Bankruptcy Court, why this case should not be dismissed for failure to pay the filing fee. Full payment of the balance of the filing fee in the sum of balance of initial installment – $22.75, by the same date shall dissolve this Order. Failure to make these payments within the time allowed, or failure to show cause which the Court considers adequate, or to request a hearing may result in dismissal of this case without further notice, and refund of attorney's fees for failure to comply with Federal Bankruptcy Rule 1006(b)(3).

**NOTE:** Pursuant to Local Bankruptcy Rule 1006–1(a), the Clerk will only accept payment from Debtor(s) in the form of cash, cashier's check, certified check, negotiable money order, or a check drawn on the account of Debtor(s)' attorney of record. Payments should be made payable to Clerk, U.S. Bankruptcy Court.

cc:  Debtor(s)
      Attorney(s) for Debtor(s) – PRO SE
      Case Trustee – Roger Schlossberg
      U.S. Trustee
      Finance

**End of Order**

23x01 (rev. 03/06/2015) – jwhitfield