IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:   Case No.:   17−10111 WIL     Chapter: 7

Natieya Davis
Debtor(s)

## NOTICE OF FEE DUE

On 1/4/17, the above−referenced bankruptcy case was filed with the U.S. Bankruptcy Court for the District of Maryland. The case was dismissed on 2/9/17. The original filing fee for this case was $335.00. As of the date of dismissal, there is an outstanding balance of $274.00 which is due and must be remitted to the court.

Pursuant to bankruptcy law, case dismissal does not change your obligation to pay the court filing fee in full. Payment of the outstanding court filing fee also does not automatically reinstate the case. Payment is due promptly upon receipt of this notice.

Payment may be paid in cash, by money order or certified check payable to Clerk, U.S. Bankruptcy Court. Submit the payment by mail with a copy of this notice enclosed or in person at one of the following locations:

| U.S. Bankruptcy Court | U.S. Bankruptcy Court |
| Garmatz Federal Courthouse | U.S. Courthouse |
| 101 W. Lombard Street, Suite 8530 | 6500 Cherrywood Lane, Suite 300 |
| Baltimore, MD 21201 | Greenbelt, MD 20770 |

For attorneys/trustees: Login to CM/ECF. If you see the fee due on the first screen or under Utilities, Internet Payment, select it and proceed with payment. If the fee is not shown on those screens, click Bankruptcy/Adversary, Miscellaneous, and then the appropriate "Filing Fee" event. Select the document for which the fee was originally due. Accept the displayed fee amount, or enter the amount you are paying. Proceed with payment.

Dated: 2/9/17

Mark A. Neal, Clerk of Court
by Deputy Clerk, Jennifer Whitfield  301−344−3326

cc:   Attorney for Debtor(s) − PRO SE

Form ntcffdue − 02/01/2014